1  SHAWN R. PEREZ, ESQ
   Nevada Bar No. 10421
2  Law Offices of Shawn R. Perez
   633 South 4th Street, Suite 7
3  Las Vegas, Nevada 89101
   Telephone:   (702) 485-3977
4  Facsimile:    (702) 383-6603
   shawn711@msn.com
5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9

10  **TIM OLDHAM, LAURA OLDHAM**   )   CASE NO.:
                                   )
11              **Plaintiffs,**    )
                                   )   **COMPLAINT FOR REFUND OF**
12  **vs.**                        )   **TAXES ILLEGALLY ASSESSED AND**
                                   )   **COLLECTED UNDER THE**
13  **UNITED STATES OF AMERICA,**  )   **INTERNAL REVENUE CODE**
                                   )
14              **Defendant.**     )
    _____  )
15

16      For their complaint to this Court, plaintiffs, Tim and Laura Oldham, allege as

17  follows:

18  1.   This is an action for the recovery of internal revenue taxes. This Court has

19  jurisdiction of the matter by reason of 28 U.S.C. Section 1346(a) and 26 U.S.C. Section

20  7422.

21  2.   Plaintiffs are husband and wife, citizens of the United States, and of adult age.

22  They reside in the County of Navajo, Arizona.  Thus venue is proper in this District under

23  26 U.S.C. Section 1402(a)(2).

24  3.   Defendant is the United States of America.

25  4.   Recovery is sought for federal income taxes for the taxable year ended December

26  31, 2001.  For that taxable year, plaintiffs paid income taxes on account as follows:

27  $4,638.00 on April 15, 2005 and $189,100.38 on June 11, 2007.

28  5.   On or about July 5, 2004, the Director for the Internal Revenue Service Center in

                                    1

1  Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and penalties for
2  the years and in the amounts as follows:
3    **Year 2001**
4    $157,829.00 TAX
5    $23,158.84  INTEREST
6    $6,245.77  ESTIMATED TAX PENALTY
7    $23,787.45  LATE FILING PENALTY
8    $11,724.08  LATE FILING PENALTY
9    $21,306.91  FAILURE TO PAY TAX PENALTY
10 6. On or about July 5, 2004, the Director for the Internal Revenue Service Center in
11 Phoenix, Arizona abated taxes, interest and penalties for the years and in the amounts as
12 follows:
13   **Year 2001**
14   $11,724.08  LATE FILING PENALTY
15 7. On or about February 6, 2006, the Director for the Internal Revenue Service
16 Center in Phoenix, Arizona, assessed against plaintiffs fees and collection costs for the
17 years and in the amounts as follows:
18   **Year 2001**
19   $24.00  FEES AND COLLECTION COSTS
20 8. On or about September 4, 2006, the Director for the Internal Revenue Service
21 Center in Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and
22 penalties for the years and in the amounts as follows:
23   **Year 2001**
24   $61.67  ESTIMATED TAX PENALTY
25 ///
26 ///
27 ///
28 ///

1  9. On or about September 4, 2006, the Director for the Internal Revenue Service
2  Center in Phoenix, Arizona abated taxes, interest and penalties for the years and in the
3  amounts as follows:
4  **Year 2001**
5  $52,107.00   TAX
6  $12,320.54   FAILURE TO PAY TAX PENALTY
7  10. On or about July 2, 2007, the Director for the Internal Revenue Service Center in
8  Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and penalties for
9  the years and in the amounts as follows:
10  **Year 2001**
11  $25,628.38   INTEREST
12  11. On or about July 2, 2007, the Director for the Internal Revenue Service Center in
13  Phoenix, Arizona, abated taxes, interest and penalties for the years and in the amounts as
14  follows:
15  **Year 2001**
16  $13,026.76   FAILURE TO PAY TAX PENALTY
17  On or about November 12, 2007, the Director for the Internal Revenue Service
18  Center in Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and
19  penalties for the years and in the amounts as follows:
20  **Year 2001**
21  $17,444.13   FAILURE TO PAY TAX PENALTY
22  12. On or about July 14, 2008, the Director for the Internal Revenue Service Center in
23  Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and penalties for
24  the years and in the amounts as follows:
25  **Year 2001**
26  $13,026.76   FAILURE TO PAY TAX PENALTY
27  13. On or about July 21, 2008, the Director for the Internal Revenue Service Center in
28  Phoenix, Arizona, assessed against plaintiffs additional taxes, interest and penalties for

1  the years and in the amounts as follows:

2  **Year 2001**

3  $24.00        FEES AND COLLECTION COSTS

4  14.    On or about August 25, 2008, the Director for the Internal Revenue Service Center

5  in Phoenix, Arizona, abated taxes, interest and penalties for the years and in the amounts

6  as follows:

7  **Year 2001**

8  $17,444.13    FAILURE TO PAY TAX PENALTY

9  15.    On or about August 25, 2008, the Director for the Internal Revenue Service Center

10 in Phoenix, Arizona, abated taxes, interest and penalties for the years and in the amounts

11 as follows:

12 **Year 2001**

13 $1,845.98      INTEREST

14 16.    On or about April 15, 2005 and June 11, 2007, plaintiffs paid to the Internal

15 Revenue Service at the Internal Revenue Service Center in Phoenix, Arizona and Las

16 Vegas, Nevada, respectively, $4,638.00 and $189,100.38 on account of such assessments,

17 inclusive of the foregoing sums of tax deficiencies, interest and penalties.

18 17.    Such additional income taxes, interest and penalties were erroneously and illegally

19 assessed and collected.

20 18.    On November 15, 2007, plaintiffs filed with the Internal Revenue Service Center

21 in Phoenix, Arizona, the location at which plaintiffs filed their original returns, claims for

22 refund for the taxable year ended December 31, 2001. Copies of such claims for refund

23 are attached hereto as Exhibit **"A"** and incorporated herein.

24 19.    The true and correct amount of tax owed was $1,787.00, as established by

25 plaintiffs amended tax return filed on November 15, 2007, and attached hereto as Exhibit

26 **"A."**

27 20.    Plaintiffs have overpaid their federal income taxes for the taxable year ended

28 December 31, 2001, in the amount of $191,951.38, are the sole owners of the

4

1 aforementioned claims for refund, and have made no assignment of such claims.

2

3 **PRAYER FOR RELIEF**

4 WHEREFORE, plaintiffs request judgment in the amount of $191,951.38, together

5 with such interest, penalties, attorney's fees and costs as are allowed by law, and such

6 other relief as the Court may deem just and equitable.

7 DATED: January 12, 2009                         Law Offices of Shawn R. Perez

8                                                  /s/ *Shawn R. Perez*

9                                                By: _____
                                                    SHAWN R. PEREZ, ESQ.,
10                                                   633 South 4th Street, Suite 7
                                                    Las Vegas, Nevada 89101
11                                                   Attorney for Plaintiffs

12

K:\CLIENTS - 2\Oldham\Oldham_Refund_Complaint_revised_srp[1].wpd