**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **TIM OLDHAM** and **LAURA OLDHAM,**<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>　　　　　　Defendant.<br>_____ | CASE NO.: CV09-00072-PHX-ROS<br><br><br>**ORDER** |

The Court having considered the parties' Stipulation of Dismissal (Doc. 38), and good cause appearing,

**IT IS ORDERED** that the Complaint in the above-entitled case is **DISMISSED** with prejudice, the parties to bear their respective costs, including any possible attorney fees and other costs associated with this litigation.

DATED this 22nd day of June, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　United States District Judge